William D. Hyslop
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:19-CR-171-RMP |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5) Cyberstalking |
| DUANE LEE COMESLAST, | |
| Defendant. | |

The Grand Jury charges:

On or about and between June 15, 2019, and June 17, 2019, in the Eastern District of Washington, the Defendant, DUANE LEE COMESLAST, with the intent to harass and intimidate D.H., used an electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to

INDICTMENT – 1

cause, and would be reasonably expected to cause substantial emotional distress to D.H., all in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5).

DATED this 16 day of October 2019.

_____
William D. Hyslop
United States Attorney

_____
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 2